Kristy M. Kellogg, SBN 119203
Johnson, Greene & Roberts LLP
400 Capitol Mall, Suite 1620
Sacramento, CA 95814
Attorney for Maurilio Heraz-Vasquez

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:14-CR-276-JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER FOR |
| ) | SETTING OF CHANGE OF PLEA |
| vs. ) | |
| ) | Date:   August 2, 2016 |
| ) | Time:   9:15 a.m. |
| MAURILIO HERAZ-VASQUEZ, ) | Judge:  Honorable John A. Mendez |
| ) | |
| Defendant. ) | |
| ) | |

The United States of America through its undersigned counsel, Samuel Wong, Assistant United States Attorney, together with counsel for defendant Maurilio Vasquez-Heraz, Kristy Kellogg, hereby stipulate the following:

1.  By previous order, this matter was set for status conference on August 2, 2016.

2.  By this stipulation, defendant now moves to vacate the status conference and set the matter for change of plea on September 6, 2016 at 9:15 a.m. and to exclude time between August 2, 2016 and September 6, 2016 under Local Codes T-2 (unusual and complex case) and T-4 (to allow defense counsel time to prepare).

3.  The parties agree and stipulate, and request the Court find the following:

    a.   This case involves thirteen co-defendants.  The United States has produced discovery containing approximately 14,000 pages of reports and pictures, 5 DVD's containing videos, and 1 CD containing multiple audio files.  The Superseding Indictment alleges that the crimes alleged occurred in at least four counties and two judicial

districts.  Based on these facts, the case is unusual and  complex within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and Local Code T-2 and it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in the Speedy Trial Act, 18 U.S.C. § 3161.

b.        Counsel for the defendant is requesting additional time to resolve an issue with the plea agreement.  The defendant will be prepared to change his plea by the next court date.

c.        Counsel for the defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.        The Government does not object to the continuance.

e.        Based on the above-stated facts, the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial and the time period of August 2, 2016, to and including the new court date of September 6, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (unusual and complex case) and T4 (reasonable time for defense counsel to prepare).

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 29, 2016                         /s/ Kristy Kellogg
                                              KRISTY KELLOGG
                                              Attorney for Defendant
                                              Maurilio Vasquez-Heraz

2

Dated: July 29, 2016

                                    PHILLIP A. TALBERT
                                    Acting United States Attorney

                                    /s/ Kristy Kellogg for
                                    SAMUEL WONG
                                    Assistant United States Attorney

## ORDER

  The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  IT IS SO FOUND AND ORDERED this 29th day of  July, 2016.

                                    /s/ John A. Mendez
                                    HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT

3