Kristy M. Kellogg, SBN 119203
Johnson, Greene & Roberts LLP
400 Capitol Mall, Suite 1620
Sacramento, CA 95814
Tel: (916)442-4022

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MAURILIO HERAZ-VASQUEZ,<br><br>　　　　　　Defendant. | Case No.: 2:14-CR-276-JAM<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING<br><br>Date: February 7, 2016<br>Time: 9:15 a.m.<br>Judge: Honorable John A. Mendez |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for December 13, 2016, is continued to February 7, 2017, at 9:15 a.m. in the same courtroom.   Defendant needs additional time to prepare for sentencing.  Samuel Wong, Assistant United States Attorney, and Kristy M. Kellogg Defendant's attorney, agree to this continuance.  The PSR schedule is amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | February 7, 2017 |
| Reply or Statement | January 27, 2017 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | January 6, 2017 |

The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: December 20, 2016

**IT IS SO STIPULATED.**

Dated:  December 6, 2016            /s/ Kristy Kellogg
                                    KRISTY KELLOGG
                                    Attorney for Defendant
                                    Maurilio Vasquez-Heraz

Dated: December 6, 2016

                                    PHILLIP A. TALBERT
                                    Acting United States Attorney

                                    /s/ Kristy Kellogg for
                                    SAMUEL WONG
                                    Assistant United States Attorney

## **ORDER**

**IT IS SO ORDERED.**

DATED: 12/6/2016

                /s/ John A. Mendez
                HONORABLE JOHN A. MENDEZ
                UNITED STATES DISTRICT COURT JUDGE